ACCEPTED
2014-20812
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 5:23:37 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00643-CV

_____

IN THE
COURT OF APPEALS
FOR THE
FOURTEENTH JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

_____

CHRISTUS HEALTH GULF COAST
D/B/A CHRISTUS ST. JOHN HOSPITAL,
Defendant-Appellant

v.

ALISON DAVIDSON, ET AL
Plaintiffs-Appellees

_____

Appealed from the District Court of Harris County, Texas
127th Judicial District
Honorable R.K. Sandill, Judge Presiding

_____

APPELLANT'S DESIGNATION OF COUNSEL

_____

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

COMES NOW, CHRISTUS HEALTH GULF COAST D/B/A CHRISTUS

ST. JOHN HOSPITAL and designates LaVerne Chang as lead counsel on appeal.

1.      On July 23, 2015 a Motion for Substitute of Counsel was filed in the

127th Court of Harris County, Texas and granted on July 30, 2015.

2. CHRISTUS HEALTH GULF COAST D/B/A CHRISTUS ST. JOHN HOSPITAL, under Texas Rule of Appellate Procedure 6.1(c), designates LaVerne Chang as lead counsel for this appeal.

3. The necessary information for LaVerne Chang is as follows:

**LaVerne Chang**
**State Bar No. 00783819**
**Cardwell & Chang, P.L.L.C.**
**511 Lovett Blvd.**
**Houston, Texas 77006**
**Telephone: (713) 222-6025**
**Facsimile: (713) 222-0938**

4. For these reasons, CHRISTUS HEALTH GULF COAST D/B/A CHRISTUS ST. JOHN HOSPITAL asks the Court to instruct the clerk to change the record to reflect that LaVerne Chang is lead counsel for CHRISTUS HEALTH GULF COAST D/B/A CHRISTUS ST. JOHN HOSPITAL in this case on appeal.

Respectfully submitted,

Cardwell & Chang, P.L.L.C.

By: _____
      LaVerne Chang
      S.B. No. 00783819
      Email: chang@cardwellchang.com
      511 Lovett Blvd.
      Houston, Texas 77006
      Telephone: (713) 222-6025
      Facsimile: (713) 222-0938

      COUNSEL FOR DEFENDANT
      CHRISTUS HEALTH GULF COAST
      D/B/A CHRISTUS ST. JOHN HOSPITAL

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 11th day of August, 2015, a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record via E-File and Fax:

E.A. "Trey" Apffel, III
Apffel Law Firm
1406-C West Main
League City, Texas 77573
Facsimile: (281) 332-7887
trey@apffellaw.com
terri@apffellaw.com

Matthew B. E. Hughes
Boston & Hughes, PC
8584 Katy Freeway, Suite 310
Houston, Texas 77024
Facsimile: (713) 965-0883
mhughes@bostonhughes.com

LAVERNE CHANG